IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

VERSUS                                                                                   CRIMINAL NO. 1:01cr86WJG-1

TERRELL MARTA TAYLOR

ORDER GRANTING MOTION FOR SENTENCE REDUCTION

THIS MATTER is before the Court on the motion [83] filed by the Federal Public Defenders Office on behalf of Defendant Terrell Marta Taylor for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(2) based upon recent amendments to the sentencing guidelines applicable to offenses involving cocaine base, and the subsequent decision by the United States Sentencing Commission to make this amendment retroactive, pursuant to United States Sentencing Guideline section 1B1.10 effective March 3, 2008.

The Court has considered the recalculation of Defendant's sentencing as submitted by the United States Probation Office and the record in this matter, and finds that Defendant's sentence should be reduced to 324 months.  Both the Federal Public Defenders Office and the United States Attorneys Office have submitted written concurrence with this calculation. It is, therefore,

ORDERED AND ADJUDGED, that the motion [83] filed by the Federal Public Defenders Office on behalf of Defendant Terrell Marta Taylor for sentence reduction be, and is hereby, granted. It is further,

ORDERED AND ADJUDGED that Defendant's sentence be, and is hereby, reduced from 360 months to 324 months.  It is further,

ORDERED AND ADJUDGED that all other terms and provisions of the original judgment, (Ct. R., Doc. 45), remain in full force and effect.

SO ORDERED AND ADJUDGED this the 22nd day of July, 2008.

*Walter J. Gex III*
UNITED STATES SENIOR DISTRICT JUDGE